UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LONI CZEKALSKI
30 SUNSET DRIVE
ALEXANDRIA, VA  22301

    Plaintiff,

    v.                        Civil Action No.

SECRETARY OF TRANSPORTATION
400 7TH STREET, SW
WASHINGTON, DC 20590
    Defendant.

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This cause of action is founded on Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.§2000e.  This court has jurisdiction over this matter under  42 U.S.C.§2000e-16.

2. Plaintiff is an adult citizen of the United States and a resident of the state of Virginia. She is a female. At times material to this complaint, plaintiff was employed with defendant in the Federal Aviation Administration in Washington, DC.  Her job performance with the defendant has always been satisfactory or better.

3. Defendant is an employer within the meaning of that term as defined in Title VII. He is sued in his official capacity.

4. Plaintiff has exhausted all administrative remedies before filing this action.  This action is filed within 90 days after plaintiff received the final agency decision on her internal EEO

complaint concerning her reassignment in July 1997 from the position of Director of Communications, Navigation and Surveillance to a position with significantly decreased responsibilities, budget and staff in the Office of Information Technology with the Federal Aviation Administration in Washington, DC.

5. Plaintiff has been the victim of discrimination (based upon her gender) in the form of constructive demotion and discharge for the position noted in paragraph 4 in the defendant's agency as set forth in her formal EEO complaint and affidavit in the report of investigation. The alleged discriminating official for the reassignment noted in paragraph 4, a male, has engaged in a pattern and practice of discrimination against females in the Federal Aviation Administration in Washington, DC. Females are under-represented at the SES level at Federal Aviation Administration headquarters in Washington, DC, where plaintiff was employed.

6. As a result of the intentional discrimination against her, plaintiff has suffered lost pay and benefits, embarrassment, humiliation and emotional distress and diminished retirement income. She has also incurred attorney's fees and costs.

7. The actions complained of above are in violation of Title VII.

WHEREFORE, plaintiff requests injunctive relief, attorney's fees and costs for this action and the administrative phase of this case, retroactive reinstatement to the level of the position from which she was removed, back pay with interest, compensatory damages, restoration of sick and annual leave used as a result of the discrimination and such other and further relief as may be just and proper.

                                               _____
                                               Joel P. Bennett
                                               D.C. Bar no. 145227
                                               Law Offices of Joel P. Bennett, P.C.
                                               1208 Eton Court, NW
                                               Washington, DC 20007-3239
                                               202-625-1970
                                               202-625-1973-facsimile
                                               Electronic mail: jbennett@radix.net
                                               Attorney for plaintiff

## JURY DEMAND

Plaintiff requests a trial by jury on all issues so triable.

                               _____
                               Joel P. Bennett