UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

NOV 2 0 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

LONI CZEKALSKI,

Plaintiff,

v.

SECRETARY OF TRANSPORTATION,

Defendant.

Civil Action No. 02-1403
DAR

## VERDICT FORM

YOU MUST UNANIMOUSLY AGREE ON THE ANSWERS TO ALL OF THE QUESTIONS. THIS VERDICT FORM MUST BE SIGNED AND DATED BY THE FOREPERSON.

1. Do you find that Plaintiff proved by a preponderance of the evidence that she suffered an adverse employment action as a result of her reassignment from the position of Director of the Office of Communications, Navigation and Surveillance Systems to that of a Program Manager of the Year 2000 Program?

_____ Yes          \_\_\_\_X\_\_\_\_ No

*If you answered "No" to Question 1, do not answer Question No. 2. If you answered "Yes" to Question No. 1, proceed to Question No. 2.*

2. Do you find that Plaintiff proved by a preponderance of the evidence that Defendant intentionally discriminated against Plaintiff because of her sex in reassigning her?

_____ Yes          _____ No

*If you answered "No" to Question 2, do not answer Question No. 3. If you answered "Yes" to both Question No. 1 and Question No. 2, proceed to Question No. 3.*

3. What do you find is the amount of compensatory damages caused by Defendant's discrimination which Plaintiff proved by a preponderance of the evidence?

Amount $_____

Date: *11-19-07*

_____
Signature of Foreperson